## SUMMONS

### IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

**CURTIS E. DAVIS, Trustee U/W/A**
**DATED JULY 15, 1997 and**
**REBA M. DAVIS, his wife,**

          **PETITIONERS/PLAINTIFFS,**

**V.**       **CIVIL ACTION NO. 07-C-748-WS**

**LARRY AUSTIN, ELLEN FRIEND,**
**HELEN AUSTIN RYAN, RAYMOND**
**AUSTIN, heirs of Otella Austin, VIRGIL**
**W. DAVIS, RODNEY HUBBARD, d/b/a**
**RODNEY HUBBARD & SON LOGGING,**

**AND**

**UNITED STATES OF AMERICA DEPARTMENT**
**of the TREASURY, INTERNAL REVENUE SERVICE,**
**and EQUABLE ASCENT FINANCIAL,**

         **RESPONDENTS/DEFENDANTS.**

**TO:** **United States Treasury**
   **Internal Revenue Service**
   **c/o United States Attorney**
   **Southern District of West Virginia**
   **Robert C. Byrd, U. S. Courthouse**
   **300 Virginia Street, Suite 4000**
   **Charleston, WV 25301**

   **IN THE NAME OF THE STATE OF WEST VIRGINIA**, you are hereby summoned and required to serve upon **HAROLD B. WOLFE, III**, Petitioner's/Plaintiff's attorney, whose address is 1422 Main Street, Princeton, West Virginia, 24740, an answer, including any related counterclaim you may have, to the Complaint filed against you in the above styled Civil Action, a true copy of which is herewith delivered to you. You are required to serve your answer within **thirty (30)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

5-84-2166

  Dated this the 15th day of March, 2016.

**JULIE BALL, CLERK**
**Circuit Court of Mercer County**

By: _____
    Deputy

DEPARTMENT OF JUSTICE
RECORD
MAR 18 2016
TAX DIV.

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA

CURTIS E. DAVIS, Trustee U/W/A
DATED JULY 15, 1997 and
REBA M. DAVIS, his wife,

PETITIONERS/PLAINTIFFS

**FILED**

MAR 15 2016

JULIE BALL
CLERK CIRCUIT COURT
MERCER COUNTY

V.                          CIVIL ACTION NO. 07-C-748-WS

LARRY AUSTIN, ELLEN FRIEND,
HELEN AUSTIN RYAN, RAYMOND
AUSTIN, heirs of Otella Austin, VIRGIL
W. DAVIS, RODNEY HUBBARD, d/b/a
RODNEY HUBBARD & SON LOGGING,

AND

UNITED STATES OF AMERICA DEPARTMENT
of the TREASURY, INTERNAL REVENUE SERVICE,
and EQUABLE ASCENT FINANCIAL,

RESPONDENTS/DEFENDANTS.

## AMENDED PETITION AND COMPLAINT

Your Petitioners/Plaintiffs state and complain to the Court as follows:

### COUNT I

#### I.

Your male petitioner herein is the trustee under the Curtis E. Davis trust dated

July 15, 1997, and Reba M. Davis is the wife of Curtis E. Davis, individually.

#### II.

The real estate which is the subject of this suit is located in Mercer County,

West Virginia, East River District, and contains approximately 240 acres.

-1-

## III.

The Petitioner, Curtis E. Davis, individually, and by necessity, Respondent Virgil W. Davis, acquired a one-half undivided interest in the above referred to real estate by deed dated March 23, 1994, from Adron Donald Davis and Mary Frances Davis, their father and mother by deed of record in the Office of the Clerk of the County Commission of Mercer County, West Virginia in Deed Book 744 at page 455, as evidenced by the copy of the said deed attached hereto and marked as Exhibit "A."

By deed of record in the Office of the Clerk of the County Commission of Mercer County, West Virginia in Deed Book 830 at page 655, the Petitioner individually conveyed his interest in the subject property, which was 1/4 undivided interest, to Curtis E. Davis, trustee u/w/a dated July 15, 1997.

The Respondent/Defendant's, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin are the sole heirs of Otella Austin having received a one-half undivided interest in the subject property upon her death on May 18, 2001, under her Last Will and Testament of record in the Office of the Clerk of the County Commission of Mercer County in Will Book 74 at page 710. The said Otella Austin having acquired a one half interest in the property from Phillip Davis.

The Respondent/Defendant Rodney Hubbard & Son Logging is currently conducting a logging operation on the subject property referred to hereinabove.

**IV.**

During the years 1997, 1998 and 1999, the Respondent, Otella Austin heirs attempted to negotiate with the Petitioner individually and Virgil Davis to purchase their one-fourth each interest in the subject property. This purchase was not represented by any documents or in writing, but mainly through oral communications and e-mails between Curtis E. Davis, Virgil Davis and Larry Austin. There was never any agreement reached concerning the use of the said property between or among the heirs and the Petitioner and there was a breakdown in communications in certain conditions concerning it's use as well as the property being preserved.

**V.**

By checks all dated August 17, 1999, totaling $30,000.00, the said checks being made payable to Curtis Davis for $10,000.00 from Larry Austin, Curtis Davis for 55,000.00 from Linda Austin, and Reba M. Davis for $10,000.00 from Larry Austin and Reba M. Davis for $5,000.00 from Linda Austin (Please see Exhibits "B" and "C"), were sent to the Petitioners/Plaintiffs. It is believed that the above referred to checks were for the one-fourth undivided interest of Curtis E. Davis in the subject property but the consideration which held up the transfer was never agree to, that being the protection and preservation of the property as it was in 1999 with the unobstructed right of Curtis E. Davis and his heirs to use the property for recreations, etc. this consideration was a major portion of the consideration because

the Petitioner did not want the real estate timbered or damaged in any way.

## VI.

Not known to your Petitioner, Curtis Davis, until the last two weeks (approximately the week of October 15, 2007), the heirs of Otella Austin, named herein or someone acting on their behalf, have engaged the Respondent/Defendant, Rodney Hubbard & son Logging to conduct timbering operations on the subject property completely without the knowledge or consent of the Petitioner, Curtis E. Davis, and upon viewing of the premises it appears that the said timbering operation has been conducted for months.

## VII.

The Respondent/Defendant Rodney Hubbard & Son Logging is guilty of negligence and constructive breach of contract for undertaking the timbering operation specifically without the knowledge or consent of the Petitioner herein, Curtis E. Davis, and your Petitioner herein Curtis E. Davis would never have agreed to the timbering operation because the protection and preservation of the farm mandated that no timbering would be conducted on the premises. Furthermore, the Respondent Rodney Hubbard & Son Logging, could have easily ascertained that there was a one-half undivided interest not accounted for by check one record in the Office of the Clerk of the County Commission of Mercer County, West Virginia, being the tax index records which clearly show that the property is listed as follows: Curtis Davis Trust, Virgil Davis, Larry Austin, et. Al. The said record further reflects the

-4-

property identification number as 06062878.

## VIII.

Your Petitioner further states as follows:

A. That the Otella Austin heirs, namely, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin, who own a one-half undivided interest in the subject property are guilty of unlawful use of the property, conversion of the funds from the timbering operation, and obtaining money from the property by timbering it without the knowledge or consent of Petitioner herein.

B. The Respondent/Defendant Rodney Hubbard & Son Logging is guilty of the negligent and willful action of timbering the property, and receiving money without first ascertaining the true ownership of the property and obtaining the consent of the Respondent which said consent would never have been given by the Petitioner.

C. The Respondent/Defendant Virgil W. Davis, while not being guilty of the above referred to actions, is a necessary party to the action since he owns a one-fourth individual interest in the property also.

WHEREFORE, your Petitioner prays that this Honorable Court will grant the following relief:

1. That the Court will Order that a hearing be held immediately on the Petition.

2. That the Court immediately terminate the logging operation on the said

-5-

property.

3.     That the Respondent/Defendants, Otella Austin heirs, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin, be held accountable for any and all money received from the timbering operation.

4.     That the Court will Order that the Respondent/Defendants, Otella Austin heirs, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin, to pay unto the Petitioner those sums which he is rightly due and for damages to the property, plus a reasonable amount for aggravation, annoyance inconvenience.

5.     That the Respondent/Defendants Rodney Hubbard & Son Logging, be Ordered to pay unto your Petitioner those sums which should have been pain to the Petitioner (1/4 interest) and for general damages to the property and to the property and aggravation,

6.     For any other and further relief as this Court deems proper.

## COUNT II - PARTITION

### IX.

The Plaintiff asks that the foregoing allegations be taken and read as it is fully setforth herein verbatim.

### X.

The property that is the subject of the present Partition action is located in East River District, Mercer County, West Virginia.

-6-

## XI.

As the subject property is located in Mercer County, West Virginia jurisdiction for the Partition portion of this Complaint is based W. Va. Code § 37-4-1 et seq. and this Courts *in rem* jurisdiction and accordingly, jurisdiction and venue for the Partition is proper in this forum.

## XII.

The Plaintiff and the Defendants, Larry Austin, Ellen Friend, Helen Austin Ryan, and Raymond Austin are the co-owners of a tract of property located in East River District, of Mercer County, West Virginia consisting of approximately 240 acres, more or less.

## XIII.

The parties received the subject property and their respective interest therein as set forth in Count I above.

## XIV.

The Plaintiff and the Defendants, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin are the co-owners and the co-parceners of the property described herein.

## XV.

The Plaintiff and the named Defendants, have divergent interests and the Plaintiff now seeks partition of the subject property.

## XVI.

The Plaintiff owns a one-fourth undivided interest in the subject property and the object of this present action is to procure a partition of said property as provided by law.

## XVII.

The Real Estate described herein is susceptible to partitioning in kind as provided in W. Va. Code § 37-4-1 et seq.

## AVOIDANCE OF LIENS

## XVIII.

As part of the present partition action there are liens of the Defendants that have attached to the respective interests of the Defendants which must be determined, and the Plaintiff requests be avoided.

## XIX.

There are three federal tax liens against the Defendant, Larry J. Austin.

A.     There is a federal tax lien dated December 15, 2011 of record in the office of the Clerk of the County Commission, Mercer County, West Virginia, in Federal Tax Lien Book 7 at Page 610 against Larry J. Austin in favor of the Department of Treasury - Internal Revenue Service in the total outstanding amount of $1,192,223.62, a copy of the aforementioned federal tax lien is attached hereto and incorporated by reference as Exhibit "D". Pursuant to 28 U.S.C. 2410 (b) the

-8-

following information is provided: 1. Name and Address of taxpayer - Larry J. Austin 809 Valley Forge Drive, Alexandria, VA 22309; 2. The tax lien was filed by B. James of the Detroit, Michigan Office of the Internal Revenue Service; and 3. The notice was filed in the Office of the Clerk of the County Commission of Mercer County, West Virginia, at Mercer County Courthouse, 1501 W. Main Street, Princeton, West Virginia on December 23, 2011.

B.     There is federal tax lien dated January 19, 2011 of record in the office of the Clerk of the County Commission, Mercer County, West Virginia, in Federal Tax Lien Book 7 at Page 519 against Larry L. Austin in favor of the Department of Treasury - Internal Revenue Service in the total outstanding amount of $1,192,169.62, a copy of the aforementioned federal tax lien is attached hereto and incorporated by reference as Exhibit "E". Pursuant to 28 U.S.C. 2410 (b) the following information is provided: 1. Name and Address of taxpayer - Larry L. Austin 809 Valley Forge Drive, Alexandria, VA 22309; 2. The tax lien was filed by D. Greenstein of the Detroit, Michigan Office of the Internal Revenue Service; and 3. The notice was filed in the Office of the Clerk of the County Commission of Mercer County, West Virginia, at Mercer County Courthouse, 1501 W. Main Street, Princeton, West Virginia on January 31, 2011.

C.     There is a federal tax lien dated May 2, 2011 of record in the office of the Clerk of the County Commission, Mercer County, West Virginia, in Federal Tax Lien Book 7 at Page 555 against Larry J. Austin in favor of the Department of

Treasury - Internal Revenue Service in the total outstanding amount of $1,192,169.62, a copy of the aforementioned federal tax lien is attached hereto and incorporated by referenced as Exhibit "F". Pursuant to 28 U.S.C. 2410 (b) the following information is provided: 1. Name and Address of taxpayer - Larry J. Austin 8901 Valley Forge Drive, Alexandria, VA 22309; 2. The tax lien was filed by D. Greenstein of the Detroit, Michigan Office of the Internal Revenue Service; and 3. The notice was filed in the Office of the Clerk of the County Commission of Mercer County, West Virginia, at Mercer County Courthouse, 1501 W. Main Street, Princeton, West Virginia on May 9, 2011.

## XX.

There is a federal tax lien against the Defendant, Helen A. Ryan.

A. There is federal tax lien dated September 19, 2007 of record in the office of the Clerk of the County commission, Mercer County, West Virginia, in Federal Tax Lien Book 7 at Page 27 against Helen A. Ryan in favor of the Department of Treasury - Internal Revenue Service in the total outstanding amount of $28,843.61 a copy of the aforementioned federal tax lien is attached hereto and incorporated by reference as Exhibit "G". Pursuant to 28 U.S.C. 2410 (b) the following information is provided: 1. Name and Address of taxpayer - Helen A. Ryan P. O. Box 903, Athens, WV 24712; 2. The tax lien was filed by Regina Owens of the Detroit, Michigan Office of the Internal Revenue Service; and 3. The notice was filed in the Office of the Clerk of the County Commission of Mercer County, West Virginia, at

-10-

Mercer County Courthouse, 1501 W. Main Street, Princeton, West Virginia on October 1, 2007.

## XXI.

There is also an outstanding judgment against Helen A. Ryan in favor of Equable Ascent Financial dated July 12, 2003 of record in the Clerk of County Commission, Mercer County, West Virginia in Judgment Lien Book 168 at Page 333 in the principal amount of $3,257.14 plus court costs in the amount of $180.00 as well as statutory interest at the rate of 7% per year after July 3, 2012. A copy of the aforementioned judgment is attached hereto and incorporated by reference as Exhibit "H".

## XXII.

Pursuant to W. Va. Code § 37-4-4 the Plaintiff request that the Court ascertain that the liens of the respective Defendants are not applicable to the Plaintiff's interest, avoid the liens as to the Plaintiff's interest in the partition in kind and order that the transfer of the interests sought by the Petitioner be free and clear of any liens of the respective Defendants.

## XXIII.

Pursuant to 28 USC Section 2410(a) and Section 5.17.5.3 of the Internal Revenue Service Internal Revenue Manual, the United States has consented to be sued in State Court on a claim for a Partition as setforth in the present proceeding.

### XXIV.

The Plaintiff is not seeking to have the liens of the United States and other lien holders avoided entirely but only as to the property to be allocated to the Plaintiff in kind and the liens identified herein shall remain in full force and effect pertaining to the Defendants and the remaining tract of Real Estate that shall be allocated to the respective Defendants.

### XXV.

The parties have reached a potential agreement to settle and resolve all outstanding issues between them, that the Plaintiff shall receive complete and sole ownership of a tract of Real Estate consisting of approximately 50 acres which is located across the road from the farmhouse and largest portion of the Real Estate, so long as the Plaintiff's get ownership of such tract free and clear of any liens or encumbrances of the Defendants.

WHEREFORE, your Petitioner prays that this Honorable Court will grant the following relief:

1. That the Court will Order that a hearing be held immediately on the Petition.

2. That the Court immediately terminate the logging operation on the said property.

3. That the Respondent/Defendants, Otella Austin heirs, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin, be held accountable for any

and all money received from the timbering operation.

4.     That the Court will Order that the Respondent/Defendants, Otella Austin heirs, Larry Austin, Ellen Friend, Helen Austin Ryan and Raymond Austin, to pay unto the Petitioner those sums which he is rightly due and for damages to the property, plus a reasonable amount for aggravation, annoyance inconvenience.

5.     That the Respondent/Defendants Rodney Hubbard & Son Logging, be Ordered to pay unto your Petitioner those sums which should have been pain to the Petitioner (1/4 interest) and for general damages to the property and to the property and aggravation,

6.     That the Petitioner be awarded sole and complete ownership by partition in kind of the tract of Real Estate consisting of approximately 50 acres that lies across the road from the farmhouse and the majority of the Real Estate.

7.     That the Federal Tax Liens and other liens of the respective Defendants be avoided and discharged only in so far as such liens pertain to the tract of Real Estate to be allotted to the Plaintiff, and that the liens remain in full force and effect as to the Defendants and the property they are to receive under the Plaintiffs requested Partition.

8.     For any other and further relief as this Court deems proper.

PLAINTIFFS, CURTIS E. DAVIS AND
REBA M. DAVIS
By Counsel:

HAROLD B. WOLFE, III
W. V. State Bar Id.: 5807
1422 Main Street
Princeton, WV 24740
Telephone: 304-425-5562

-14-

## CERTIFICATE OF SERVICE

I, HAROLD B. WOLFE, III, counsel for the Petitioners/Plaintiffs, Curtis E. Davis and Reba M. Davis, hereby certify that I served a true copy of the "AMENDED PETITION AND COMPLAINT" upon all parties of interest, by depositing same in the United States Mail, postage pre-paid, addressed to the following:

ROBERT E. HOLROYD
1438 Main Street
Princeton, WV 24740

WILLIAM S. WINFREY, II
1608 West Main Street
Princeton, WV 24740

Dated this the _15th_ day of March, 2016.

HAROLD B. WOLFE, III

STATE OF WEST VIRGINIA,

COUNTY OF MERCER, TO-WIT:

           <u>Curtis E. Davis & Reba M. Davis</u>, after being first duly sworn upon <u>their</u> oath, does now depose and say that <u>they</u> <u>are</u> the <u>Petitioners/Plaintif</u> in the foregoing <u>Petition and Complaint</u>, that the facts and allegations contained therein are true insofar as they are therein stated to be upon information and belief, and that insofar as they are therein stated to be upon information and belief, <u>they</u> believes them to be true.

                     _Curtis E. Davis_

                     _Reba M. Davis_

TAKEN, subscribed and sworn to before the undersigned Notary Public on this the _23rd_ day of _October_, 20_07_.

My commission expires: _May 14, 2017_.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SHEILA PENNINGTON
2820 EDGEMONT DRIVE
BLUEFIELD, WV 24701
My commission expires May 14, 2017

_Sheila Pennington_
NOTARY PUBLIC

BOOK 744 PAGE 455

THIS DEED, made and entered into this the 23rd day of March, 1994, by and between ADRON DONALD DAVIS and MARY FRANCES DAVIS, his wife, parties of the first part, and CURTIS E. DAVIS and VIRGIL W. DAVIS, parties of the second part,

W-I-T-N-E-S-S-E-T-H:

THAT, for and in consideration of the sum of TEN ($10.00) DOLLARS, cash in hand paid, the receipt of which is hereby acknowledged, and further in consideration of the natural love and affection the said parties of the first part have for the said parties of the second part; in consideration of all of which the said parties of the first part do hereby grant, sell and convey unto the said Curtis E. Davis and Virgil W. Davis (brothers), parties of the second part, with covenant of GENERAL WARRANTY OF TITLE and free of all liens and encumbrances, all of their right, title and interest, which is understood to be a one-half, undivided interest, in and to the following described real estate, with the improvements thereon:

All of those three certain adjacent tracts or parcels of land situate in East River District, Mercer County, West Virginia, bounded and described as follows:

"BEGINNING on a White Oak on a brow of a hill, thence S. 30° W. 118 poles to a Chestnut and Chestnut Oak on a west slope near a small hollow, S. 15° W. 28 poles to a large Chestnut Oak on a north hillside, S. 30° E. 38 poles to two White Oaks and three large rocks on a ridge, S. 64° W. 39 poles to a Chestnut and Sourwood, and White Oak on said ridge, S. 39° E. 50 poles to a Chestnut, Chestnut Oak, and Speckled Oak sapling on a hill side, N. 68° E. 18 poles to three white Oaks in a low gap, corner to a fifty acre survey known as the McComas survey, S. 25° E._____ to a ridge one hundred poles (100) to two Chestnut Oaks, corner to said fifty acre survey, also to William Pennington,

APR 20 1994

Mailed to: Adron D. Davis, Rt. 1, Box 46, Glen Lyn, VA 24093

W. ROBERT CARR
Attorney-At-Law
PRINCETON, W. VA.

FILED

NOV 5 2007

BRENDA DAVIS
CLERK CIRCUIT COURT
MERCER COUNTY

Exhibit "A"

BOOK 744 PAGE 456

and with the old Pennington line, S. 25° E. 125 poles to a station on the top of East River Mountain, thence along the said mountain E. 132 poles to a station, thence down the north side of the said mountain N. 46° W. 125 poles to a Red Oak and sugar tree at the foot of the mountain, corner to the John Metz survey, N. 52° W. 92 poles to a sugar tree on a spur, N. 50° E. 20 poles to two White Oak saplings, N. 32° W. 14 poles to a large White Oak, N. 27° E. 86 poles to a double Dogwood and White Oak sapling, N. 13° W. 98 poles to a White Oak and Black Walnut, N. 30° W. 88 poles to a Poplar, and thence 78° W. 90 poles to the BEGINNING," containing 240 acres, more or less, and being the same one-half, undivided interest in said real estate which the said Adron D. Davis acquired as follows:  (1) a one-fourth, undivided interest was acquired on the death of P. G. Davis, the father of Adron D. Davis, who died intestate on June 21, 1969; and (2) a one-fourth, undivided interest was Deeded to the said Adron D. Davis by Edward P. Davis and Clora Davis, his wife, and Vella J. Davis, single, being heirs at law of P. G. Davis, deceased, by Deed dated July 2, 1970, of record in the office of the Clerk of the County Commission of Mercer County, West Virginia, in Deed Book No. 454, at page 31.

Under penalties of fine and imprisonment as provided by law, the Grantors hereby declare that the transfer of the interest in the real estate herein conveyed is not subject to the West Virginia excise tax on the privilege of transferring real property since it represents a gift from parents to children.

WITNESS the following signatures and seals.

_____ (SEAL)
ADRON DONALD DAVIS

_____ (SEAL)
MARY FRANCES DAVIS

W. ROBERT CARR
Attorney-At-Law

STATE OF ~~WEST~~ VIRGINIA,
COUNTY OF ~~MERCER~~, to-wit:

BOOK 744 PAGE 457

I, the undersigned, a Notary Public within and for the County and State aforesaid, do hereby certify that ADRON DONALD DAVIS, husband of MARY FRANCES DAVIS, whose name is signed to the foregoing and annexed writing, bearing date the 23rd day of March, 1994, has this day acknowledged the same before me in my said County and State.

Given under my hand this the _8th_ day of _April_, 1994.

My commission expires _3/31/97_.

(Notary Seal here)

_Joyce B. Hill_
Notary Public, in and for, _Giles_
County, Virginia.

COUNTY OF _Giles_, to-wit:

I, the undersigned, a Notary Public within and for the County and State aforesaid, do hereby certify that MARY FRANCES DAVIS, wife of ADRON DONALD DAVIS whose name is signed to the foregoing and annexed writing, bearing date the 23rd day of March, 1994, has this day acknowledged the same before me in my said County and State.

Given under my hand this the _8th_ day of _April_, 1994.

My commission expires _3/31/97_.

(Notary Seal here)

_Joyce B. Hill_
Notary Public, in and for the
County of _Giles_,
State of _VA._.

Instrument prepared by:
Robert Carr, Attorney
Princeton, West Virginia

WEST VIRGINIA
MERCER COUNTY COMMISSION CLERKS OFFICE

APR 18 1994  11:35

the foregoing instrument was presented in said office and is duly admitted to record therein,
_Kimberly D. Brown_ Clerk

I. ROBERT CARR
Attorney-At-Law
PRINCETON, W. VA.

-3-



FILED
NOV 6 2007
BRENDA DAVIS
CLERK CIRCUIT COURT
MERCER COUNTY

Exhibit "B"

THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND - NOT A WHITE BACKGROUND

**FIRST VIRGINIA BANK**
SERVING NORTHERN VIRGINIA
FALLS CHURCH, VIRGINIA 22042-2399
THE AMOUNT OF THIS CHECK WILL BE SUBJECT TO SERVICE CHARGES AS
SPECIFIED IN THE BANK'S SCHEDULE OF CHARGES IF NOT PRESENTED FOR
PAYMENT WITHIN ONE YEAR OF THE DATE OF ISSUANCE.

FOR OR PURCHASER   ***LARRY AUSTIN***

**CASHIER'S CHECK**          Aug. 17, 1999        No. 4609145

Bk. #001/Br. #003
PAY **$10,000.00**************          $ **10,000.00**

***CURTIS DAVIS***

TO THE ORDER OF

AUTHORIZED SIGNATURE

⑈04609145⑈ ⑆056001118⑆ 0900 0038⑈

---

THE FACE OF THIS DOCUMENT HAS A GREEN BACKGROUND - NOT A WHITE BACKGROUND

**FIRST VIRGINIA BANK**
SERVING NORTHERN VIRGINIA
FALLS CHURCH, VIRGINIA 22042-2399
THE AMOUNT OF THIS CHECK WILL BE SUBJECT TO SERVICE CHARGES AS
SPECIFIED IN THE BANK'S SCHEDULE OF CHARGES IF NOT PRESENTED FOR
PAYMENT WITHIN ONE YEAR OF THE DATE OF ISSUANCE.

FOR OR PURCHASER ***LARRY AUSTIN***

**CASHIER'S CHECK**          Aug. 17, 1999        No. 4609146

Bk. #001/Br. #003
PAY **$10,000.00**************          $ **10,000.00**

***REBA DAVIS***

TO THE ORDER OF

AUTHORIZED SIGNATURE

⑈04609146⑈ ⑆056001118⑆ 0900 0038⑈

FILED

NOV 5 2007

BRENDA DAVIS
CLERK CIRCUIT COURT
MERCER COUNTY

Exhibit "C"

ESTABLISHED 1852   CHARTERED 1933

## Burke & Herbert Bank & Trust Company   SH   10883

MEMBER
F.D.I.C.

REMITTER   LINDA AUSTIN

Alexandria, Va.   Date   AUG. 17, 1999

PAY TO THE ORDER OF   ***CURTIS DAVIS****   $ ***5,000.00**

BURKE & HERBERT 5,000 dol's 00 cts
BANK

## CASHIER'S CHECK

THE PURCHASE OF A SURETY BOND WILL BE REQUIRED
BEFORE THIS CHECK IS REPLACED DUE TO THEFT OR LOSS

VICE PRESIDENT   ASSISTANT CASHIER

"000 10883"  ":0 5600 1066:"  "09 "900 13 " 6"

---

ESTABLISHED 1852   CHARTERED 1933

## Burke & Herbert Bank & Trust Company   SH   10884

MEMBER
F.D.I.C.

REMITTER   LINDA AUSTIN

Alexandria, Va.   Date   AUG. 17, 1999

PAY TO THE ORDER OF   ***REBA DAVIS****   $ ***5,000.00***

BURKE & HERBERT 5,000 dol's 00 cts
BANK

## CASHIER'S CHECK

THE PURCHASE OF A SURETY BOND WILL BE REQUIRED
BEFORE THIS CHECK IS REPLACED DUE TO THEFT OR LOSS.

VICE PRESIDENT   ASSISTANT CASHIER

"000 10884"  ":0 5600 1066:"  "09 "900 13 " 6"

**Form 668 (Y)(c)**
(Rev. February 2004)

11663

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>836782611 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

VERLIN T. MOYE, Clerk          1P
MERCER CO. COMMISSION

| Name of Taxpayer LARRY J AUSTIN | | Page 1 of 1          FT 7/610<br>NJB Date 12/23/2011   Time 11:20:39<br>FEE:                              11.00 |
|---|---|---|

| Residence | 8901 VALLEY FORGE DR<br>ALEXANDRIA, VA 22309-0000 |
|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-0910 | 10/09/2006 | 11/08/2016 | 136240.25 |
| 6651F | 12/31/2000 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 259768.44 |
| 6651F | 12/31/2001 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 271989.28 |
| 6651F | 12/31/2002 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 3027.36 |
| 6651F | 12/31/2003 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 64279.61 |
| 6651F | 12/31/2004 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 375214.15 |
| 6651F | 12/31/2005 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 81704.53 |

| Place of Filing | | |
|---|---|---|
| CLERK OF THE COUNTY COMMISSION<br>MERCER COUNTY<br>PRINCETON, WV 24740 | Total | $ 1192223.62 |

This notice was prepared and signed at _____ DETROIT, MI _____ , on this,

the ___ 15th ___ day of ___ December ___, ___ 2011 ___.

| Signature<br><br>for B. JAMES | Title<br>REVENUE OFFICER<br>(434) 836-7071 | 23-03-4732 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Exhibit "D"

| Form 668 (Y)(c)<br>(Rev. February 2004) | 11883 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | |
|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #3<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>744437511 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

VERLIN T. MOYE, Clerk                1P
MERCER CO. COMMISSION

Page 1 of 1                           FT 7/519
PLD Date 01/31/2011   Time 10:23:48
FEE:                                   11.00

Name of Taxpayer LARRY L AUSTIN

| Residence | 8901 VALLEY FORGE DR<br>ALEXANDRIA, VA 22309-3937 |
|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-0910 | 10/09/2006 | 11/08/2016 | 136186.25 |
| 6651F | 12/31/2000 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 259768.44 |
| 6651F | 12/31/2001 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 271989.28 |
| 6651F | 12/31/2002 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 3027.36 |
| 6651F | 12/31/2003 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 64279.61 |
| 6651F | 12/31/2005 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 81704.53 |
| 6707 | 12/31/2004 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 375214.15 |

| Place of Filing | CLERK OF THE COUNTY COMMISSION<br>MERCER COUNTY<br>PRINCETON, WV 24740 | Total | $ | 1192169.62 |
|---|---|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the ___19th___ day of ___January___, ___2011___.

| Signature<br>for D. GREENSTEIN | Title<br>REVENUE OFFICER<br>(410) 962-3985 | 23-13-1731 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT E

| 11883 | AMENDMENT | | AMENDMENT |
|---|---|---|---|

**Form 668 (Y)(c)**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #3 Lien Unit Phone: (800) 913-6050 | Serial Number 782097011 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

VERLIN T. MOYE, Clerk          1P
MERCER CO. COMMISSION

**Name of Taxpayer** LARRY J AUSTIN

Page 1 of 1                FT 7/555
NJE Date 05/09/2011    Time 12:42:20
FEE:                          11.00

**Residence**          8901 VALLEY FORGE DR
ALEXANDRIA, VA 22309-3937

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2005 | XXX-XX-0910 | 10/09/2006 | 11/08/2016 | 136186.25 |
| 6651F | 12/31/2000 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 259768.44 |
| 6651F | 12/31/2001 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 271989.28 |
| 6651F | 12/31/2002 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 3027.36 |
| 6651F | 12/31/2003 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 64279.61 |
| 6651F | 12/31/2005 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 81704.53 |
| 6707 | 12/31/2004 | XXX-XX-0910 | 08/31/2009 | 09/30/2019 | 375214.15 |

This Notice of Federal Tax Lien is filed to correct the taxpayer's name on the original lien recorded on 01/31/2011, in MERCER, WV, serial identification number 744437511 recorded as Book 7, Page 519. All other information on the original notice filed is correct and that instrument remains in full force and effect.

**Place of Filing**

CLERK OF THE COUNTY COMMISSION
MERCER COUNTY
PRINCETON, WV 24740

Total | $ 1192169.62

This notice was prepared and signed at          DETROIT, MI          , on this,

the   02nd   day of   May   , 2011 .

| Signature | Title | 23-13-1731 |
|---|---|---|
| for D. GREENSTEIN | REVENUE OFFICER (410) 962-3985 | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT F

**6152**

Form 668 (Y)(c)
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area: | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| SMALL BUSINESS/SELF EMPLOYED AREA #2 Lien Unit Phone: (800) 829-3903 | 392355907 | RUDOLPH D. JENNINGS, Clerk 1P MERCER CO. COMMISSION |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Page 1 of 1
FT 7/27
JB Date 10/01/2007  Time 15:16:21
FEE:  6.00

**Name of Taxpayer** JERRY B & HELEN A RYAN

**Residence**   PO BOX 903
ATHENS, WV 24712-0903

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2004 | XXX-XX-9114 | 09/18/2006 | 10/18/2016 | 11943.78 |
| 1040 | 12/31/2004 | XXX-XX-9114 | 02/12/2007 | 03/14/2017 | 9813.59 |
| 1040 | 12/31/2005 | XXX-XX-9114 | 04/02/2007 | 05/02/2017 | 7086.24 |
| 1040 | 12/31/2006 | XXX-XX-9114 | 07/02/2007 | 08/01/2017 | |

| Place of Filing | | |
|---|---|---|
| CLERK OF THE COUNTY COMMISSION MERCER COUNTY PRINCETON, WV 24740 | Total | $ 28843.61 |

This notice was prepared and signed at _____ DETROIT, MI _____, on this,

the ___19th___ day of ___September___, 2007.

| Signature  *K. A. Mitchell* | Title ACS | 22-00-0008 |
|---|---|---|
| for REGINA OWENS | (800) 829-3903 | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X


EXHIBIT 6



JL Book 168   333

71576

IN THE MAGISTRATE COURT OF MERCER COUNTY, WEST VIRGINIA

EQUABLE ASCENT FINANCIAL                          Case No. 11C-1675
_____

C/O PO BOX 300
BUFFALO   WV   25033
Address

v.

HELEN RYAN
_____
Defendant                            Judgment Debtor's Social Security No.

PO BOX 5592
PRINCETON   WV   24740
Address                              Judgment Debtor's Date of Birth

*(left margin, rotated):* Return to Atkins Law Office, 100 River Vista Drive, Buffalo, WV 25033

### ABSTRACT OF JUDGMENT

On 07/03/2012, in the above case,

the court granted judgment in favor of EQUABLE ASCENT FINANCIAL

against HELEN RYAN

Money Award: $     3,257.14     plus Court costs: $     180.00

plus interest at the rate of  7  percent per year, running from the date of
judgment on any unpaid balance.

I certify that the above is a true abstract of the judgment order
in the above case.

Date of _____ 2012   Clerk: _Donna Arnold_ IRS
                                        Signature

Exhibit "B"