

**Government Exhibit**

B

# Capital Reporting Company

1250 Eye St NW, Suite 350
Washington DC 20005
Tel. 202-857-3376 Fax. 202-857-8577
Fed. Tax ID: 20-0203552

| **Bill To:** | Kyle Bishop | **Invoice #:** | PA2876878 |
|---|---|---|---|
| | Department of Justice, Tax Division | **Invoice Date:** | 2/9/2017 |
| | 555 4th St NW, 6th Floor | **Balance Due:** | $165.48 |
| | Washington, DC, 20001 | | |

| | |
|---|---|
| **Case:** | Curtis Davis v. Larry Austin |
| **Job #:** | 2538274 \| Job Date: 2/8/2017 \| Delivery: Normal |
| **Billing Atty:** | Kyle Bishop |
| **Location:** | Department of Justice, Tax Division |
| | 555 4th St NW, 6th Floor \| Washington, DC 20001 |
| **Sched Atty:** | Kyle Bishop \| Department of Justice, Tax Division |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Larry Austin | Minimum Charge for Services Rendered | 1 | 1.00 | $150.00 | $150.00 |
| | Exhibits | Per Page | 2.00 | $0.24 | $0.48 |
| | Exhibit Shipping (Open Market) | 1 | 1.00 | $15.00 | $15.00 |

| **Notes:** | | | |
|---|---|---|---|
| | | **Invoice Total:** | $165.48 |
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $165.48 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.capitalreportingcompany.com/services

**To pay online, go to**
**www.capitalreportingcompany.com**

134098

Capital Reporting Company accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Capital Reporting Company**
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | PA2876878 |
|---|---|
| **Job #:** | 2538274 |
| **Invoice Date:** | 2/9/2017 |
| **Balance:** | $165.48 |